UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON HEALEY, and all others
similarly situated under 29 U.S.C.
216(b) and AMANDA HEALEY,

    Plaintiffs,

v.                                               Case No. 3:22-cv-995-BJD-JBT

ALL FLORIDA SAFETY
INSTITUTE, LLC, a Florida
limited liability company,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 21). All parties agreed to the settlement and dismissal of this case brought pursuant to the Fair Labor Standards Act, 29 U.S.C.§ 201 et seq. ("FLSA"). The parties must take one of two routes in settling this case: (1) subject their settlement for judicial review and approval or; (2) certify that this matter was settled without compromise. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352-53 (11th Cir. 1982). To settle a FLSA case without compromise means that a plaintiff receives her full claim of unpaid wages and liquidated damages. See Silva v. Miller, 307 F. App'x 349, 351 (11th Cir. 2009). Further, a plaintiff's recovery cannot be

reduced by legal fees or cost. Here, the parties certify that Plaintiffs will receive their full claim to actual and liquidated damages while not having their legal fees and costs diminish their recovery.

Accordingly, after due consideration, it is

**ORDERED:**

All the claims by all Plaintiffs are **DISMISSED with prejudice**. The Clerk of the Court shall terminate any pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of September, 2023.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties